NO. 07-01-372-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 7, 2001
_____

IN THE INTEREST OF A. N. H., a CHILD
_____

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;

NO. 48,249-A; HON. DAVID L. GLEASON, PRESIDING
_____

Before QUINN, REAVIS, and JOHNSON, JJ.

The brief of appellant, Rebecca Vaughn, was due on October 19, 2001. It was not filed by that deadline. This circumstance was made known to her by letter from this court dated October 26, 2001. Furthermore, in that same letter, we 1) directed her to explain, by November 5, 2001, why the brief was not so filed and 2) told her that her failure to so respond could result in the dismissal of the appeal for want of prosecution. The fifth of November, 2001, passed without appellant responding to our letter of October 26th, filing an appellant's brief, or moving for an extension of time to file such a brief.

Accordingly, we dismiss the appeal for want of prosecution pursuant to Texas Rules of Appellate Procedure 38.8(a)(1) and 42.3(b) and (c).

Per Curiam

Do not publish.